UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| MCKAY, BRANDON MICHAEL | ) Case No. 18-17091-EEB |
| | ) |
| | ) Chapter 7 |
| | ) |
| Debtor(s) | ) |

**STATUS REPORT**

    Simon E. Rodriguez, Trustee, in the above referenced case, hereby provides this Court with a STATUS REPORT. On April 23, 2019, the Court granted the trustee's request for a Rule 2004 Examination of Audrey Dolan. The process server for the trustee has made multiple attempts to serve her with a subpoena. The process server has concluded that Ms. Dolan is evading service of the subpoena. The trustee is reluctant to file an adversary complaint against Ms. Dolan but may do so in order to further investigate the actions of Ms. Dolan and the Debtor pre-petition. The process server is continuing the effort to serve Ms. Dolan. The trustee will file another STATUS REPORT March 1, 2020.

    Dated: October 26, 2019

RESPECTFULLY SUBMITTED,

/s/ Simon E. Rodriguez
Simon E. Rodriguez, Trustee
P O Box 36324
Denver, CO 80236
(303) 969-9100

CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on October 26, 2019, a true copy of the foregoing was served by depositing same in the United States mail, postage prepaid and properly addressed to:

UNITED STATES TRUSTEE
1961 Stout St., Suite 12-200
Denver, CO 80294

Brandon Michael Mckay
581 Delta Ave
Akron, CO 80720

By: /S/ Simon E. Rodriguez